1

2

3

4

5

6                                    UNITED STATES DISTRICT COURT
                                   WESTERN DISTRICT OF WASHINGTON
7                                              AT SEATTLE

8

9    TROUT UNLIMITED, et al.,

10                      Plaintiffs,                              No. C06-483P

11   v.                                                         MINUTE ORDER

12   D. ROBERT LOHN, et al.,

13                      Defendants,

14

15          The following Minute Order is made by direction of the Court, the Honorable Marsha J.

16   Pechman, United States District Judge:

17          This case is transferred to the Honorable John C. Coughenour, United States District Judge,

18   as related to case number C05-1128C.  All future pleadings in this matter shall bear the following

19   cause number and designation:  C06-483C.  Judge Coughenour's name must appear in the upper-

20   right corner of the first page of all pleadings.

21          Dated:   April 11, 2006.

22                                                      BRUCE RIFKIN, Clerk

23
                                                        By /s/Mary Duett_____
24                                                           Deputy Clerk

25

26

MINUTE ORDER - 1