UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TROUT UNLIMITED, AMERICAN RIVERS, PACIFIC RIVERS COUNCIL, WILD STEELHEAD COALITION, NATIVE FISH SOCIETY, and SIERRA CLUB, <br><br>　　　　Plaintiffs and Intervenor-Cross-Defendants, <br><br>　　v. <br><br>D. ROBERT LOHN, in his capacity as Regional Administrator of National Marine Fisheries Service Northwest Regional Office, and NATIONAL MARINE FISHERIES SERVICE, <br><br>　　　　Defendants and Cross-Defendants, <br><br>　　and <br><br>BUILDING INDUSTRY ASSOCIATION OF WASHINGTON, WASHINGTON STATE FARM BUREAU, COALITION FOR IDAHO WATER, and IDAHO WATER USERS ASSOCIATION, <br><br>　　　　Intervenor-Defendants and Cross-Claimants. | CASE NO. C06-0483C <br><br> MINUTE ORDER |

MINUTE ORDER – 1

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter is before the Court on the motion to intervene by the Building Industry Association of Washington, Washington State Farm Bureau, Coalition for Idaho Water, and Idaho Water Users Association ("Applicants"). (Dkt. No. 12.) Applicants seek to intervene under Federal Rule of Civil Procedure 24(a) as defendants to oppose Plaintiffs' first cause of action challenging NMFS's downlisting of Upper Columbia Steelhead, as well as the third cause of action contesting NMFS's denial of a petition to split wild and hatchery salmon into separate ESUs/DPSs. (Mot. 1; First Am. Compl. ¶¶ 58–68, 80–86.) Applicants would also intervene as cross-claimants, however, to oppose the NMFS's Hatchery Listing Policy. (Mot. 1–2; First Am. Compl. ¶¶ 69–79.) Plaintiffs do not oppose Applicants' motion to intervene, but have requested leave to intervene as cross-defendants to oppose Applicants' request for declaratory and injunctive relief contained in a Proposed Cross-Complaint.

Having considered Applicants' motion in light of the complete record in this matter, the Court hereby GRANTS their motion to intervene. The Applicants are DIRECTED to file separately their Answer to the First Amended Complaint (Dkt. No. 27) and their Cross-Complaint for Declaratory and Injunctive Relief.

The Court further GRANTS Plaintiffs' request for leave to intervene as cross-defendants. Plaintiffs and Defendants are DIRECTED to file their respective responses to the Cross-Complaint in accordance with the Federal Rules of Civil Procedure and this Court's Local Rules.

DATED this 18th day of July, 2006.

BRUCE RIFKIN, Clerk of Court

By   /s/ C. Ledesma
Deputy Clerk

MINUTE ORDER – 2